# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PEREZ<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>K. LOPEZ, et al.<br><br>　　　　　　　　　　Defendants. | CASE NO. 07cv0352 JM(NLS)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having carefully considered Magistrate Judge Stormes' thorough and thoughtful Report and Recommendation ("R & R") regarding the dismissal of Plaintiff's complaint for failure to exhaust administrative remedies, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the complaint is dismissed for failure to exhaust administrative remedies. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: March 17, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties